IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON M. COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 15-cv-1501 |
| WEXFORD HEALTH | ) |
| SOURCES, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

**COLIN STIRLING BRUCE, U.S. DISTRICT JUDGE:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Eric I. Long regarding the partial motion to dismiss filed by Defendants Wexford Health Sources, et al., (d/e 153), and Plaintiff's motion for a court-appointed expert witness (d/e 160). Magistrate Judge Long recommends that both motions be denied, except to the extent that Plaintiff pursues a constitutional respondeat superior claim against the Wexford Health Sources, et al.

No objections have been filed to the Report and Recommendation, which means that a clear-error standard of review applies. Johnson v. Zema Sys. Corp., 170 F.3d 734, 739

(7th Cir. 1999). The Court has reviewed the Report and Recommendation and finds no clear error.

**IT IS THEREFORE ORDERED THAT:**

**(1) The Report and Recommendation (d/e 169) is ADOPTED in its entirety.**

**(2) The Wexford Defendants' partial motion to dismiss is granted in part and denied in part. (d/e 153.) Plaintiff's constitutional respondeat superior claims against Defendant Wexford Health Sources, Inc., are dismissed, to the extent Plaintiff pursues such claims. Plaintiff's state law respondeat superior claims remain in the case.**

**(3) Plaintiff's motion for the appointment of an expert is denied. (d/e 160).**

ENTER: 2/26/2018.

\_\_s/Colin Stirling Bruce\_\_\_\_
COLIN STIRLING BRUCE
UNITED STATES DISTRICT JUDGE
